**From:** Chad Kerkman
**To:** William Michel
**Cc:** "Ryan Markowski"; Judges-Kenosha; Wynne P. Laufenberg; Lisa Bouterse; Alexandra Smathers; Rebecca Matoska-Mentink
**Subject:** Kevin Mathewson and Intake Court
**Date:** Tuesday, September 2, 2025 8:47:20 AM

---

Effective immediately, Kevin Mathewson is prohibited from entering intake courtroom, room 157, in the Pretrial Building. If he attempts to come into the courtroom, my expectation is that he will be immediately told to leave. He may observe court from behind the glass wall with the rest of the public. He may not have a camera. He may not have a phone in plain view. All media requests by Mr. Mathewson for intake court shall be denied.

Deputy Chief Judge Chad Kerkman

EXHIBIT
A